No. 55634.—Biddle Purchasing Co. et al. v. United States, protests 155021–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.